IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>EDUARDO GARCIA a/k/a Eduardo Garcia Olvera a/k/a Eduardo Olvera Garcia a/k/a Lalo, CHRISTIAN LOPEZ, and FRANCISCO HERNANDEZ,<br><br>*Defendants*. | Case No. CR-23-044-JFH |

## JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY

COMES NOW, the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Erin Cornell, Janet Bickel Hutson and Rachel Dallis, attorneys for defendant Eduardo Garcia, Shena Burgess, attorney for defendant Christian Lopez, and Lance Phillips, attorney for defendant Francisco Hernandez,[1] and submit this Joint Status Report Regarding Production of Discovery pursuant to this Court's Order.

On March 30, 2023, following defendants' arraignments, the government provided discovery to defendants' counsel. This discovery consisted of over 1,800 pages of documents, as well as media containing audio recordings of interviews. The government also has phone dumps for seven phones, and has asked the attorneys for each of the defendants to provide a 2.0 terabyte hard drive onto which the government will upload the phone dumps, given their

---

[1] As of the time of this filing, the respective attorneys for defendants Eric Lopez, Eric Jesus Lopez, and Savanna Jade Lopez did not respond to government counsel's request for approval of this Joint Status Report.

extraordinary size. The government anticipates producing an additional 30 pages of documents (consisting of law enforcement reports) and videos of WhatsApp messages within the next few days. The government estimates that the amount of discovery in this case is approximately 536 gigabytes in size.

Counsel for the government and the defendants have conducted a Discovery Conference via email in preparation for this Report. Counsel for defendants will diligently review the materials provided by the government and confer as necessary about any outstanding items. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

Dated: April 6, 2023

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/   Erin Cornell
Erin Cornell, CA Bar # 227135
Assistant United States Attorney
United States Attorney's Office

s/   Janet L. Bickel Hutson
Janet L. Bickel Hutson, OBA # 14097
Rachel M. Dallis, OBA # 31973
Attorneys for Defendant
Eduardo Garcia

s/   Shena Burgess
Shena Burgess, OBA # 18663
Attorney for Defendant
Christian Lopez

s/   Lance Phillips
Lance Phillips, OBA # 17120
Attorney for Defendant
Francisco Hernandez