IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>EDUARDO GARCIA a/k/a Eduardo Garcia Olvera a/k/a Eduardo Olvera Garcia a/k/a Lalo, ERIC LOPEZ, ERIC JESUS LOPEZ, SAVANNA JADE LOPEZ, CHRISTIAN LOPEZ, and FRANCISCO HERNANDEZ,<br><br>*Defendants*. | Case No. CR-23-044-JFH |

## JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY

COMES NOW, the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Erin Cornell, Janet Bickel Hutson and Rachel Dallis, attorneys for defendant Eduardo Garcia, Martin Hart, attorney for defendant Eric Lopez, Rex Earl Starr, attorney for defendant Eric Jesus Lopez, Meredith Curnutte, attorney for defendant Savanna Lopez, Shena Burgess, attorney for defendant Christian Lopez, and Lance Phillips, attorney for defendant Francisco Hernandez, and submit this Joint Status Report Regarding Production of Discovery pursuant to this Court's Order.

On March 30, 2023, following defendants' arraignments, the government provided discovery to defendants' counsel. This discovery consisted of over 1,800 pages of documents, as well as media containing audio recordings of interviews. Since the initial production, the government has produced an additional 34 pages of documents, as well as videos of WhatsApp messages and phone dumps for seven cell phones, which are approximately 524 gigabytes. The government estimates that the total amount of discovery in this case is approximately 536

gigabytes in size. The government has produced all discovery in its possession and at this time, it does not anticipate producing any additional discovery.

Counsel for the government and the defendants have conducted a Discovery Conference via email in preparation for this Report. Counsel for defendants will diligently review the materials provided by the government and confer as necessary about any outstanding items. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

Dated:   May 8, 2023               Respectfully submitted,

                                   CHRISTOPHER J. WILSON
                                   United States Attorney

                    s/             Erin Cornell
                                   Erin Cornell, CA Bar # 227135
                                   Assistant United States Attorney
                                   United States Attorney's Office

                    s/             Rachel Dallis
                                   Janet L. Bickel Hutson, OBA # 14097
                                   Rachel M. Dallis, OBA # 31973
                                   Attorneys for Defendant
                                   Eduardo Garcia

                    s/             Martin Hart
                                   Martin Hart OBA # 3941
                                   Attorney for Defendant
                                   Eric Lopez

                    s/             Rex Earl Starr
                                   Rex Earl Start, OBA # 8568
                                   Attorney for Defendant
                                   Eric Jesus Lopez

                    s/             Meredith Curnutte
                                   Meredith Curnutte, OBA # 21831
                                   Attorney for Defendant
                                   Savanna Jade Lopez

    s/       <u>Shena Burgess</u>
              Shena Burgess, OBA # 18663
              Attorney for Defendant
              Christian Lopez

    s/       <u>Lance Phillips</u>
              Lance Phillips, OBA # 17120
              Attorney for Defendant
              Francisco Hernandez