IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ERIC LOPEZ, ERIC JESUS LOPEZ, SAVANNA JADE LOPEZ, and FRANCISCO HERNANDEZ,<br><br>    *Defendants*. | Case No. CR-23-044-JFH |

**JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY**

  COMES NOW, the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Erin Cornell, Martin Hart, attorney for defendant Eric Lopez, Rex Earl Starr, attorney for defendant Eric Jesus Lopez, Meredith Curnutte, attorney for defendant Savanna Lopez, and Lance Phillips, attorney for defendant Francisco Hernandez, and submit this Joint Status Report Regarding Production of Discovery pursuant to this Court's Order.

  On March 30, 2023, following defendants' arraignments, the government provided discovery to defendants' counsel. This discovery consisted of over 1,800 pages of documents, as well as media containing audio recordings of interviews. Since the initial production, the government has produced an additional 34 pages of documents, as well as videos of WhatsApp messages and phone dumps for seven cell phones, which are approximately 524 gigabytes. The government estimates that the total amount of discovery in this case is approximately 536 gigabytes in size. The government has produced all discovery in its possession and at this time, it does not anticipate producing any additional discovery.

On May 18, 2023, defendant Eduardo Garcia pleaded guilty to Count One. On July 19, 2023, defendant Christian Lopez pleaded guilty to Count 2. Defendants Eric Lopez and Eric Jesus Lopez are schedule to change their pleas on August 30, 2023.

Counsel for the government and the defendants have conducted a Discovery Conference via email in preparation for this Report. Counsel for defendants will continue to diligently review the materials provided by the government and confer as necessary about any outstanding items. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

Dated:   August 14, 2023

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/   Erin Cornell
Erin Cornell, CA Bar # 227135
Assistant United States Attorney

s/   Martin Hart
Martin Hart OBA # 3941
Attorney for Defendant
Eric Lopez

s/   Rex Earl Starr
Rex Earl Start, OBA # 8568
Attorney for Defendant
Eric Jesus Lopez

s/   Meredith Curnutte
Meredith Curnutte, OBA # 21831
Attorney for Defendant
Savanna Jade Lopez

s/   Lance Phillips
Lance Phillips, OBA # 17120
Attorney for Defendant
Francisco Hernandez