IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>ERIC LOPEZ,<br><br>       *Defendant*. | Case No. CR-23-044-JFH |

## MOTION FOR ADDITIONAL ONE LEVEL REDUCTION
## FOR ACCEPTANCE OF RESPONSIBILITY

**COMES NOW** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and Erin A. Cornell, Assistant United States Attorney, and moves this Honorable Court to grant an additional one level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

                                                    Respectfully submitted,

                                                    CHRISTOPHER J. WILSON
                                                    United States Attorney

s/      Erin A. Cornell
         ERIN A. CORNELL, CA Bar # 227135
         Assistant United States Attorney
         United States Attorney's Office
         520 Denison Avenue
         Muskogee, OK 74401
         (918) 684-5100
         Fax (918) 684-5150
         Erin.Cornell@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Martin G. Hart, Attorney for Defendant

                                             s/      Erin A. Cornell
                                                       ERIN A. CORNELL
                                                       Office of United States Attorney