IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| v. | Case No. CR-23-044-JFH |
| **ERIC JESUS LOPEZ,** | |
| *Defendant*. | |

**MOTION FOR ADDITIONAL ONE LEVEL REDUCTION
FOR ACCEPTANCE OF RESPONSIBILITY**

**COMES NOW** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and Erin A. Cornell, Assistant United States Attorney, and moves this Honorable Court to grant an additional one level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    Erin A. Cornell
ERIN A. CORNELL, CA Bar # 227135
Assistant United States Attorney
United States Attorney's Office
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150
Erin.Cornell@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Rex Earl Starr, Attorney for Defendant

                                             s/     <u>Erin A. Cornell</u>
                                                     ERIN A. CORNELL
                                                     Office of United States Attorney