IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff,*  v.  **ERIC JESUS LOPEZ, SAVANNA JADE LOPEZ, CHRISTIAN LOPEZ, and FRANCISCO HERNANDEZ,**  *Defendants.* | Case No. 23-CR-044-JFH |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING AS TO DEFENDANTS ERIC JESUS LOPEZ, SAVANNA JADE LOPEZ, CHRISTIAN LOPEZ, AND FRANCISCO HERNANDEZ

**COMES NOW** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and Erin A. Cornell, Assistant United States Attorney, and moves this Honorable Court to continue the sentencing hearings for defendants Eric Jesus Lopez, Savanna Jade Lopez, Christian Lopez, and Francisco Hernandez, to the afternoon of July 10, 2024.  In support of this motion, the government states the following:

The sentencing hearings for these four defendants are currently set for 10:00 a.m. on July 10, 2024.  Dkt. Nos. 188, 189, 190, & 191.

The remaining defendants, Eduardo Garcia and Eric Lopez, are scheduled for sentencing at 1:30 p.m. on July 10, 2024.  Dkt. Nos. 192 & 193.

Counsel for the government, Erin Cornell, has a conflict on the morning of July 10, 2024 that cannot be rescheduled.  Therefore, the government respectfully requests that the Court continue the sentencing hearings for the four above-named defendants to the afternoon of July 10, 2024.

Counsel for the government contacted the attorneys for each of the four above-named

defendants regarding this motion. All four attorneys confirmed that they do not object to this motion.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    Erin A. Cornell
        ERIN A. CORNELL, CA Bar # 227135
        Assistant United States Attorney
        United States Attorney's Office
        520 Denison Avenue
        Muskogee, OK 74401
        (918) 684-5100
        Fax (918) 684-5150
        Erin.Cornell@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 24, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Rachel Dallis, Attorney for Defendant Eduardo Garcia
Martin Hart, Attorney for Defendant Eric Lopez
Rex Earl Starr, Attorney for Defendant Eric Jesus Lopez
Meredith Curnutte, Attorney for Defendant Savanna Jade Lopez
Shena Burgess, Attorney for Defendant Christian Lopez
Lance Phillips, Attorney for Defendant Francisco Hernandez

              s/  Erin A. Cornell
                 ERIN A. CORNELL
                 Office of United States Attorney