IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SAVANNA JADE LOPEZ,<br><br>*Defendant.* | Case No. CR-23-044-JFH |

**UNOPPOSED MOTION TO WITHDRAW MOTION FOR ADDITIONAL ONE LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY**

**COMES NOW** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and Erin A. Cornell, Assistant United States Attorney, and moves this Honorable Court to withdraw the government's motion, filed on March 20, 2024, asking that the Court grant an additional one level reduction in the advisory guideline sentencing range as to defendant Savanna Jade Lopez for timely acceptance of responsibility. Dkt. 183. This motion was filed in error. Pursuant to U.S.S.G. § 3E1.1, because Ms. Lopez's Adjusted Offense Level is less than 16, she is not entitled to an additional third point for acceptance of responsibility.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/      Erin A. Cornell
ERIN A. CORNELL, CA Bar # 227135
Assistant United States Attorney
United States Attorney's Office
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150
Erin.Cornell@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 25, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

   Meredith B. Curnutte, Attorney for Defendant

                                  s/     Erin A. Cornell
                                         ERIN A. CORNELL
                                         Office of United States Attorney