IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23-CR-44-JFH |
| V. ) | |
| ) | |
| CHRISTIAN LOPEZ, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

**COMES NOW**, Defendant, CHRISTIAN LOPEZ , through counsel of record, Shena E. Burgess, and respectfully request this Court to grant a downward departure pursuant to § 5H1.6.

### *Degree of Relief Requested*

Mr. Lopez request the Court consider his departure requests sentence possibly in combination with a variance which would allow him a lesser and appropriate time of sentence. He is presently in Zone C of the advisory sentencing guidelines, with an advisory sentencing guidelines of 12 to 18 months.  Defendant has not objected to the PSR calculations.

### *Argument and Authorities*

(1) The 5H1.6 Departure Request-Family Ties and Responsibilities

Mr.  Lopez is the sole breadwinner of his family of fiancé and two children.  Facts and law supporting such a request are contained in Defendant's Sentencing Memorandum. Defendant incorporates such law and facts herein.

*Conclusion*

For the reasons set forth in the Defendant's sentencing memorandum, Mr. Lopez respectfully requests the Court consider a departure pursuant to above section combined with the appropriate defendant characteristics articulated in Title 18 U.S.C. §3553(a). Mr. Lopez asserts that the grounds for his request, taken together, justify a departure which would permit a lesser sentence.

Respectfully Submitted,

**SMILING, SMILING & BURGESS**

s/Shena E. Burgess
By_____
**SHENA E. BURGESS, OBA# 18663**
Bradford Place, Suite 300
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 *facsimile*
sburgess@smilinglaw.com
slf@smilinglaw.com
**Attorney for Christian Lopez**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2024, the foregoing instrument was electronically transmitted to the following ECF registrants:

Erin Cornell, AUSA
Assistant US Attorney

s/Shena E. Burgess